IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM T SPENCER,

    Plaintiff,

v.                          CASE NO. 4:10-cv-00267-MP-WCS

LEONARD HOLTON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation by Magistrate Judge Sherrill, and on Doc. 6, Motion to Dismiss by Mr. Spencer. The Magistrate Judge has recommended this cause be dismissed without prejudice for failure to prosecute. No party has objected to that recommendation, and the time for doing so has passed. Additionally, Mr. Spencer has filed a motion requesting this case be dismissed without prejudice. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 5, is ADOPTED and incorporated herein.

2.    Motion to Dismiss, Doc. 6, is GRANTED.

3.    This case is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this  <u>27th</u> day of September, 2010



                               *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge